## John H. Lloyd, Appellee, v. Lincoln Stars, Appellant.

### Gen. No. 23,248.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 30, 1918. Rehearing denied February 13, 1918.

### Statement of the Case.

Attachment by John H. Lloyd, plaintiff, against Lincoln Stars, a corporation, defendant, to recover for services rendered. From a judgment for plaintiff for $234.15, defendant appeals.

LAURENCE M. FINE and EDWARD DROBNIS, for appellant.

ELLIS & WESTBROOKS, for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

### Abstract of the Decision.

1. CORPORATIONS, § 390*—*when authority of person to sign contract shown.* On an attachment suit against a corporation to recover for services rendered under a contract of employment, *held* that the evidence showed that the person executing such contract was sole proprietor of defendant, and that such contract was admissible in evidence.

2. CORPORATIONS, § 381*—*when ratification of contract of employment shown.* Evidence *held* to show that a corporation ratified a contract of employment made by another, received the benefit thereof and failed to pay in full for such services.

3. ATTACHMENT, § 246*—*what is sufficient to sustain.* Where an affidavit for attachment alleges two statutory grounds and defendant denies only one of them in its traverse, the other ground is admitted and is sufficient to sustain the attachment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.